**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re: Powers, David**                                                    **Case No.**

            Debtor(s)

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICE PURSUANT TO 11 U.S.C. § 521(a)(1)(B(iv)

☒ **Debtor 1** has filed copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

☐ **Debtor 1** has not filed copies of payment advices or other evidence of payment within 60 days before the date of the filing of the petition from any employer because:

   ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

   ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify which period during which debtor was unemployed:_____

   ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition

   ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

   ☐ Other (please explain):_____

I declare under penalty of perjury that I have read this statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1:                                        Date: 10/13/2025

*******************************************************************

☐ **Debtor 2** has filed copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

☐ **Debtor 2** has not filed copies of payment advices or other evidence of payment within 60 days before the date of the filing of the petition from any employer because:

   ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

   ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify which period during which debtor was unemployed:_____

   ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition

   ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

   ☐ Other (please explain):_____

I declare under penalty of perjury that I have read this statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 2:      Date:

***IMPORTANT NOTE: Please make sure all **SOCIAL SECURITY numbers, routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.