

## palm beach tan.

paylocity

Direct Deposit Advice

Payroll Account
525 Demers Ave
Grand Forks, ND 58201

| | Check Date | Voucher Number |
|---|---|---|
| | September 26, 2025 | 22848 |

DIRECT DEPOSIT VOUCHER

57503   MSP000-114   1849 22848 22675   **57503**

**David Jay Powers**
179 Little Canada Rd E
Unit 326
Little Canada, MN  55117

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS | C | ***0132 | 0.00 |
| AFFINITY PLUS | C | ***2539 | 1,836.32 |
| American Express Ban | S | ***6905 | 100.00 |
| **Total Direct Deposits** | | | **1,936.32** |

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## Northern States Indoor Tan LLC

**David Jay Powers**                                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **1849** | Fed Taxable Income | **2,470.20** | Check Date | **September 26, 2025** | Voucher Number | **22848** |
| Location | **MSP000-114** | Fed Filing Status | **S** | Period Beginning | **September 7, 2025** | Net Pay | **1,936.32** |
| Salary | **$2,615.38** | State Filing Status | **S-1** | Period Ending | **September 20, 2025** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 0.00 |
| Bonus | | | | 14,685.76 |
| Commissio | | 0.00 | 2.61 | 2,956.09 |
| PTO SALA | | | | 0.00 |
| Regular Ea | | 80.00 | | 0.00 |
| SALARY | | 80.00 | 2,615.38 | 52,307.60 |
| **Gross Earnings** | | **80.00** | **2,617.99** | **69,949.45** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 220.91 | 6,113.67 |
| MED | 35.82 | 971.41 |
| MN | 124.00 | 3,306.00 |
| SS | 153.15 | 4,153.61 |
| **Taxes** | **533.88** | **14,544.69** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 147.79 | 2,955.80 |
| **Deductions** | **147.79** | **2,955.80** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS FEDERAL CU | C | ***0132 | 0.00 |
| AFFINITY PLUS FEDERAL CU | C | ***2539 | 1,836.32 |
| American Express Bank | S | ***6905 | 100.00 |
| **Total Direct Deposits** | | | **1,936.32** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 0.00 | 0.00 |



palm beach tan.

Direct Deposit Advice

**paylocity**

Payroll Account
525 Demers Ave
Grand Forks, ND 58201

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | October 10, 2025 | 22975 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS | C | ***0132 | 0.00 |
| AFFINITY PLUS | C | ***2539 | 1,967.19 |
| American Express Ban | S | ***6905 | 100.00 |
| **Total Direct Deposits** | | | **2,067.19** |

57503　MSP000-114　1849 22975 22793　　**57503**

**David Jay Powers**
179 Little Canada Rd E
Unit 326
Little Canada, MN  55117

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Northern States Indoor Tan LLC

| **David Jay Powers** | | | **Earnings Statement** |
|---|---|---|---|

| Employee ID | **1849** | Fed Taxable Income | **2,676.12** | Check Date | **October 10, 2025** | Voucher Number | **22975** |
|---|---|---|---|---|---|---|---|
| Location | **MSP000-114** | Fed Filing Status | **S** | Period Beginning | **September 21, 2025** | Net Pay | **2,067.19** |
| Salary | **$2,615.38** | State Filing Status | **S-1** | Period Ending | **October 4, 2025** | Total Hours Worked | **64.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 0.00 |
| Bonus | | | | 16,107.76 |
| Commissio | | 0.00 | 208.53 | 3,164.62 |
| PTO SALA | 0.0001 | 16.00 | | 0.00 |
| Regular Ea | | 64.00 | | 0.00 |
| SALARY | | 64.00 | 2,615.38 | 54,922.98 |
| **Gross Earnings** | | **80.00** | **2,823.91** | **74,195.36** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 266.21 | 6,472.12 |
| MED | 38.80 | 1,030.83 |
| MN | 138.00 | 3,500.00 |
| SS | 165.92 | 4,407.69 |
| **Taxes** | **608.93** | **15,410.64** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 147.79 | 3,103.59 |
| **Deductions** | **147.79** | **3,103.59** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS FEDERAL CU | C | ***0132 | 0.00 |
| AFFINITY PLUS FEDERAL CU | C | ***2539 | 1,967.19 |
| American Express Bank | S | ***6905 | 100.00 |
| **Total Direct Deposits** | | | **2,067.19** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 136.00 | 16.00 |



Direct Deposit Advice

palm beach tan.

Payroll Account
525 Demers Ave
Grand Forks, ND 58201

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | October 10, 2025 | 22976 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS | C | ***0132 | 0.00 |
| AFFINITY PLUS | C | ***2539 | 1,064.98 |
| American Express Ban | S | ***6905 | 100.00 |
| **Total Direct Deposits** | | | **1,164.98** |

57503    MSP000-114    1849 22976 22794    **57503**

**David Jay Powers**
179 Little Canada Rd E
Unit 326
Little Canada, MN  55117

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### Northern States Indoor Tan LLC

**David Jay Powers**                                                              **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **1849** | Fed Taxable Income | **1,422.00** | Check Date **October 10, 2025** |
| Location | **MSP000-114** | Fed Filing Status | **S** | Period Beginning **September 21, 2025** |
| Salary | **$2,615.38** | State Filing Status | **S-1** | Period Ending **October 4, 2025** |

| | |
|---|---|
| Voucher Number | **22976** |
| Net Pay | **1,164.98** |
| Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 0.00 |
| Bonus | | 0.00 | 1,422.00 | 16,107.76 |
| Commissio | | | | 3,164.62 |
| PTO SALA | | | | 0.00 |
| Regular Ea | | | | 0.00 |
| SALARY | | | | 54,922.98 |
| **Gross Earnings** | | **0.00** | **1,422.00** | **74,195.36** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 92.24 | 6,472.12 |
| MED | | 20.62 | 1,030.83 |
| MN | | 56.00 | 3,500.00 |
| SS | | 88.16 | 4,407.69 |
| **Taxes** | | **257.02** | **15,410.64** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | | 3,103.59 |
| | | **3,103.59** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS FEDERAL CU | C | ***0132 | 0.00 |
| AFFINITY PLUS FEDERAL CU | C | ***2539 | 1,064.98 |
| American Express Bank | S | ***6905 | 100.00 |
| **Total Direct Deposits** | | | **1,164.98** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 136.00 | 16.00 |



Non Negotiable - This is not a check - Non Negotiable

Direct Deposit Advice

Payroll Account
525 Demers Ave
Grand Forks, ND 58201

DIRECT DEPOSIT VOUCHER

| | Check Date | Voucher Number |
|---|---|---|
| | October 24, 2025 | 23127 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS | C | ***0132 | 0.00 |
| AFFINITY PLUS | C | ***2539 | 1,940.64 |
| American Express Ban | S | ***6905 | 0.00 |
| **Total Direct Deposits** | | | **1,940.64** |

57503   MSP000-114   1849 23127 22932   **57503**

**David Jay Powers**
179 Little Canada Rd E
Unit 326
Little Canada, MN  55117

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### Northern States Indoor Tan LLC

**David Jay Powers**                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **1849** | Fed Taxable Income | **2,477.76** | Check Date | **October 24, 2025** |
| Location | **MSP000-114** | Fed Filing Status | **S** | Period Beginning | **October 5, 2025** |
| Salary | **$2,615.38** | State Filing Status | **S-1** | Period Ending | **October 18, 2025** |

| | | | |
|---|---|---|---|
| Voucher Number | **23127** | | |
| Net Pay | **1,940.64** | | |
| Total Hours Worked | **80.00** | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 0.00 |
| Bonus | | | | 16,107.76 |
| Commissio | 0.00 | | 10.17 | 3,174.79 |
| PTO SALA | | | | 0.00 |
| Regular Ea | | 86.00 | | 0.00 |
| SALARY | | 80.00 | 2,615.38 | 57,538.36 |
| **Gross Earnings** | | **80.00** | **2,625.55** | **76,820.91** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 222.57 | 6,694.69 |
| MED | | | 35.93 | 1,066.76 |
| MN | | | 125.00 | 3,625.00 |
| SS | | | 153.62 | 4,561.31 |
| **Taxes** | | | **537.12** | **15,947.76** |

| Deductions | Amount | YTD |
|---|---|---|
| Medical Ins | 147.79 | 3,251.38 |
| **Deductions** | **147.79** | **3,251.38** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AFFINITY PLUS FEDERAL CU | C | ***0132 | 0.00 |
| AFFINITY PLUS FEDERAL CU | C | ***2539 | 1,940.64 |
| American Express Bank | S | ***6905 | 0.00 |
| **Total Direct Deposits** | | | **1,940.64** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTO | 136.00 | 16.00 |