Certificate Number: 03088-MN-DE-040455386

Bankruptcy Case Number: 25-33443



03088-MN-DE-040455386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2025, at 2:08 o'clock AM CST, David Jay Powers completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   December 30, 2025          By:   /s/Doug Tonne

                                   Name:   Doug Tonne

                                   Title:   Counselor