**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

David Jay Powers

Case No: 25–33443 – MAB

Debtor(s)

Chapter 13 Case

**ORDER GRANTING COMPENSATION**

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016–1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Andrew C. Walker, is awarded $4346.00 for compensation or reimbursement.

Dated: 1/9/26

s/ Mychal A Bruggeman
United States Bankruptcy Judge

**mnbogrfee13** 13ofee 09/24